# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ANGELA CAMPOS,

    Plaintiff,

v.   Case No.  5:18-cv-107-RH/GRJ

IRONDOG INC,

    Defendant.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court retains jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                        JESSICA J. LYUBLANOVITS,
                                        CLERK OF COURT

August 6, 2018                    s/ Jeremy Wright
DATE                                   Deputy Clerk